# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**MARINA DISTRICT DEVELOPMENT CO., LLC,**

Plaintiff-Appellee,

v.                                                                          **NO. 29,044**

**NICHOLAS R. INNERBICHLER,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SOCORRO COUNTY**
**Edmund H. Kase, III, District Judge**

Stephen Bass
Albuquerque, NM

for Appellee

Modrall, Sperling, Roehl, Harris
  & Sisk, P.A.
Joe C. Diaz
Patrick J. Rogers
Albuquerque, NM

for Appellant


## MEMORANDUM OPINION

**CASTILLO, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed,

and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

                                 _____

                                 **CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____

**MICHAEL E. VIGIL, Judge**

_____

**LINDA M. VANZI, Judge**